154 A.3d 699

MIHAI PASNICU, PLAINTIFF-PETITIONER, v. LAKEWOOD
MUNICIPAL COURT OFFICE, DEFENDANT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005639-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.